| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Toro, Emin | 2. Court or Organization<br><br>United States Tax Court | 3. Date of Report<br><br>4/22/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual     ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>United States Tax Court<br>400 Second Street, N.W.<br>Washington, DC 20217 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair, Board of Trustees | Rivendell School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | Covington & Burling LLP Partnership Agreement entered into in 2008 |
| 2. 2008 | Covington Pension Plan |
| 3. 2019 | Covington & Bulring LLP Separation Agreement entered into in 2019 |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | Covington & Burling LLP, Partnership Distributions | $61,475.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Central Loan Administration & Reporting | Mortgage on Rental Property #1 | M |
| 2. | Rivendell School | Tuition | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Mutual #1 (H) | | | | | | | | | |
| 2. - Vanguard Cash Reserves Federal Money Mkt Fund | A | Dividend | J | T | | | | | |
| 3. - Vanguard Total Stock Mkt Idx Adm | A | Dividend | L | T | Buy (add'l) | 01/08/20 | J | | |
| 4. | | | | | Buy (add'l) | 02/07/20 | J | | |
| 5. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 6. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 7. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 8. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 9. | | | | | Buy (add'l) | 07/08/20 | J | | |
| 10. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 11. | | | | | Buy (add'l) | 09/08/20 | J | | |
| 12. | | | | | Buy (add'l) | 10/08/20 | J | | |
| 13. | | | | | Buy (add'l) | 11/06/20 | J | | |
| 14. | | | | | Buy (add'l) | 12/08/20 | J | | |
| 15. - Vanguard Total Stock Mkt Idx Adm | A | Dividend | L | T | | | | | |
| 16. Brokerage #1 (H) | | | | | | | | | |
| 17. - Vanguard Federal Money Market Fund | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Vanguard Small Cap ETF | A | Dividend | J | T | | | | | |
| 19.   - Activision Blizzard Inc common | A | Dividend | L | T | Buy (add'l) | 02/18/20 | J | | |
| 20.   - Adobe Inc common | | None | J | T | Buy | 02/18/20 | J | | |
| 21. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 22.   - Americo common | A | Dividend | J | T | | | | | |
| 23.   - Apple Inc common | C | Dividend | N | T | | | | | |
| 24.   - Arista Networks common | | None | J | T | | | | | |
| 25.   - Baidu Inc Spon ADR Rep A | | None | J | T | | | | | |
| 26.   - Berkshire Hathaway Inc Class B | | None | N | T | Buy (add'l) | 05/14/20 | K | | |
| 27.   - Caseys Gen Stores Inc common | A | Dividend | K | T | | | | | |
| 28.   - Cognex Corp common | A | Dividend | J | T | | | | | |
| 29.   - Costco Wholesale Corp common | C | Dividend | L | T | | | | | |
| 30.   - CSX Corp common | A | Dividend | J | T | | | | | |
| 31.   - Etsy Inc common | | None | M | T | Buy (add'l) | 02/03/20 | J | | |
| 32. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 33.   - Idexx Laboratories Inc common | | None | K | T | | | | | |
| 34.   - iRobot Corp common | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Kinder Morgan Inc common | A | Distribution | J | T | | | | | |
| 36. - Mastercard Inc CL A | A | Dividend | K | T | Buy (add'l) | 02/18/20 | J | | |
| 37. - Mercadolibre Inc common | | None | L | T | Buy (add'l) | 01/06/20 | J | | |
| 38. | | | | | Buy (add'l) | 01/21/20 | J | | |
| 39. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 40. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 41. - NCR Corp common | | None | J | T | | | | | |
| 42. - NY Times Class A | A | Dividend | J | T | | | | | |
| 43. - Nike Inc CL B | A | Dividend | K | T | | | | | |
| 44. - Paypal Holdings Inc common | | None | J | T | Buy | 01/06/20 | J | | |
| 45. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 46. - Phillips 66 common | A | Dividend | J | T | | | | | |
| 47. - Shopify Inc CL A | | None | J | T | Buy (add'l) | 01/06/20 | J | | |
| 48. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 49. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 50. | | | | | Donated (part) | | | | |
| 51. - Starbucks Corp common | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Teladoc Health Inc common | | None | J | T | Buy | 01/21/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 54.   - Under Amrour Inc CL C | | None | J | T | | | | | |
| 55.   - Veeva Sys Inc common | | None | L | T | Buy<br>(add'l) | 01/21/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 57.   - Visa Inc CL A | A | Dividend | J | T | Buy | 02/03/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 02/18/20 | J | | |
| 59.   - Walt Disney Co common | | None | J | T | Buy | 01/06/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 01/21/20 | J | | |
| 61.   - Waste Management Inc. DEL common | A | Dividend | J | T | | | | | |
| 62.   IRA #1 (H) | | | | | | | | | |
| 63.   - Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 64.   - Vanguard Total Stock Market ETF | A | Dividend | K | T | | | | | |
| 65.   - ASML Holding NV (X) | A | Dividend | J | T | | | | | |
| 66.   - Nvidia Corp common (X) | A | Dividend | J | T | | | | | |
| 67.   - Pegasystems Inc common (X) | A | Dividend | J | T | | | | | |
| 68.   - Regeneron Pharmaceuticals Inc common (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Solaredge Technologies Inc.(X) | | None | J | T | | | | | |
| 70.   Roth IRA #1 (H) | | | | | | | | | |
| 71.   - Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 72.   - Vanguard Cash Reserves Federal Money Mkt Fund | A | Dividend | J | T | | | | | |
| 73.   - Vanguard Total Stock Market ETF | B | Dividend | L | T | | | | | |
| 74.   - Canadian National Railway Company common (X) | A | Dividend | J | T | | | | | |
| 75.   - Cirrus Logic Inc common (X) | | None | J | T | | | | | |
| 76.   - Ecolab Inc common | | None | J | T | Buy | 12/21/20 | J | | |
| 77.   - Five Prime Therapeutics Inc common | | None | J | T | | | | | |
| 78.   - Old Dominion Freight Lines Inc common (X) | A | Dividend | J | T | | | | | |
| 79.   - Zebra Technologies Inc common | | None | J | T | Buy | 12/21/20 | J | | |
| 80.   Brokerage #2 (H) | | | | | | | | | |
| 81.   - Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 82.   - Vanguard Cash Reserves Federal Money Mkt Fund | A | Dividend | K | T | Buy (add'l) | 01/21/20 | K | | |
| 83.   - Apple Inc common | A | Dividend | J | T | | | | | |
| 84.   - Berkshire Hathaway Inc Class B | | None | J | T | | | | | |
| 85.   - Mastercard Inc Class A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Brokerage #3 (H) | | | | | | | | | |
| 87.  - Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 88.  - Vanguard Cash Reserves Federal Money Mkt Fund | A | Dividend | J | T | Buy (add'l) | 01/21/20 | J | | |
| 89.  - Apple Inc common | A | Dividend | J | T | | | | | |
| 90.  - Berkshire Hathaway Inc Class B | | None | J | T | | | | | |
| 91.  - Etsy Inc common | | None | J | T | | | | | |
| 92.  - Mastercard Inc common | A | Dividend | J | T | | | | | |
| 93.  - Paypal Holdings Inc common | | None | J | T | | | | | |
| 94.  Brokerage #4 (H) | | | | | | | | | |
| 95.  - Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 96.  - Vanguard Cash Reserves Federal Money Mkt Fund | A | Dividend | J | T | Buy (add'l) | 01/21/20 | J | | |
| 97.  - Apple Inc common | A | Dividend | J | T | | | | | |
| 98.  - Berkshire Hathaway Inc Class B | | None | J | T | | | | | |
| 99.  - Mastercard Inc common | A | Dividend | J | T | | | | | |
| 100.  IRA #2 (H) | | | | | | | | | |
| 101.  - Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 102.  - Vanguard Total Stock Market ETF | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   Roth IRA #2 (H) | | | | | | | | | |
| 104.   - Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 105.   - Vanguard Total Stock Market ETF | A | Dividend | L | T | | | | | |
| 106.   401(k) Plan (H) | | | | | | | | | |
| 107.   - Vanguard Institutional Index I | D | Dividend | N | T | | | | | |
| 108.   - Janus Henderson Enterprise N | D | Dividend | M | T | | | | | |
| 109.   - Vanguard Extended Market Index Inst | B | Dividend | M | T | | | | | |
| 110.   - Oakmark International Investor | | None | | | Sold | 12/01/20 | N | | |
| 111.   - MFS Intl Diversification R4 | D | Dividend | N | T | Buy | 12/01/20 | N | | |
| 112.   - Schwab International Index | C | Dividend | N | T | | | | | |
| 113.   - Metropolitan West Total Return Bd P | D | Interest | M | T | | | | | |
| 114.   - Pooled Stable Value Fixed Income Fund | | None | K | T | | | | | |
| 115.   529 Account #1 (H) | | | | | | | | | |
| 116.   - Virginia InVest 529 Age-Based 2021 Portfolio | | None | L | T | | | | | |
| 117.   529 Account #2 (H) | | | | | | | | | |
| 118.   - Virginia InVest 529 Age-Based 2021 Portfolio | | None | L | T | | | | | |
| 119.   529 Account #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Virginia InVest 529 Age-Based 2024 Portfolio | | None | L | T | | | | | |
| 121.  529 Account #4 (H) | | | | | | | | | |
| 122.  - Virginia InVest 529 Age-Based 2024 Portfolio | | None | L | T | | | | | |
| 123.  529 Account #5 (H) | | | | | | | | | |
| 124.  - Virginia InVest 529 Age-Based 2024 Portfolio | | None | L | T | | | | | |
| 125.  529 Account #6 (H) | | | | | | | | | |
| 126.  - Virginia InVest 529 Age-Based 2024 Portfolio | | None | L | T | | | | | |
| 127.  TIA CREF Retirement Account (H) | | | | | | | | | |
| 128.  - CREF Equity Index R2 | | None | N | T | | | | | |
| 129.  - CREF Bond Market R2 | | None | L | T | | | | | |
| 130.  Northwestern Mutual Life Insurance Company - 65 Life (Whole Life) | D | Dividend | M | T | | | | | |
| 131.  Wells Fargo Cash Accounts | A | Interest | L | T | | | | | |
| 132.  Capital One Cash Accounts | D | Interest | O | T | | | | | |
| 133.  Rental Property, Fairfax County, VA | E | Rent | N | W | | | | | |
| 134.  Note - Agro Sh.p.k. | A | Interest | J | T | | | | | |
| 135.  HSA Cash Account | A | Interest | J | T | | | | | |
| 136.  HSA TD Ameritrade Money Market Fund | A | Dividend | K | T | Buy | 07/21/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Toro, Emin** | 4/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  IRA #3 (H) | | | | | | | | | |
| 138.  - Vanguard Federal Money Market Fund | B | Dividend | M | T | | | | | |
| 139.  - Activision Blizzard Inc common | A | Dividend | K | T | Buy | 03/02/20 | J | | |
| 140. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 141.  - Adobe Inc common | | None | J | T | Buy | 03/02/20 | J | | |
| 142. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 143.  - Amazon.com Inc common | | None | K | T | Buy | 11/23/20 | J | | |
| 144. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 145.  - Appian Corp CL A | | None | J | T | Buy | 11/23/20 | J | | |
| 146.  - Apple Inc common | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 147.  - ASML Holding NV | A | Dividend | K | T | Buy | 09/08/20 | J | | |
| 148.  - Autodesk Inc common | | None | J | T | Buy | 12/29/20 | J | | |
| 149.  - Berkshire Hathaway Inc Class B | | None | J | T | Buy | 05/13/20 | J | | |
| 150. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 151.  - Coupa Software Inc common | | None | J | T | Buy | 12/29/20 | J | | |
| 152.  - Crowdstrike Holdings Inc CL A | | None | J | T | Buy | 12/29/20 | J | | |
| 153.  - CSX Corp common | A | Dividend | J | T | Buy | 11/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Etsy Inc common | | None | K | T | Buy | 03/02/20 | J | | |
| 155. - Fiverr Intl Ltd ORD SHS | | None | J | T | Buy | 12/29/20 | J | | |
| 156. - Idexx Laboratories Inc common | | None | J | T | Buy | 11/23/20 | J | | |
| 157. - Lemonade Inc common | | None | J | T | Buy | 12/29/20 | J | | |
| 158. - Mastercard Inc common | A | Dividend | J | T | Buy | 03/02/20 | J | | |
| 159. - McCormick & Co Inc non voting (X) | A | Dividend | J | T | | | | | |
| 160. - Mercadolibre Inc common | | None | K | T | Buy | 03/02/20 | J | | |
| 161. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 162. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 163. - Nextera Energy Inc common (X) | A | Dividend | J | T | | | | | |
| 164. - Nvidia Corp common (X) | A | Dividend | J | T | | | | | |
| 165. - Okta Inc CL A | | None | J | T | Buy | 12/29/20 | J | | |
| 166. - Paypal Holdings Inc common | | None | K | T | Buy | 03/02/20 | J | | |
| 167. - Salesforce.com Inc common | | None | K | T | Buy | 11/23/20 | J | | |
| 168. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 169. - Shopify Inc CL A | | None | M | T | Buy | 03/02/20 | J | | |
| 170. | | | | | Buy (add'l) | 04/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 172. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 173. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 174. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 175. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 176. | | | | | Buy (add'l) | 12/21/20 | K | | |
| 177. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 178.  - Teladoc Health Inc common | | None | L | T | Buy | 03/02/20 | J | | |
| 179. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 180. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 181. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 182. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 183. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 184. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 185. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 186. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 187.  - Trade Desk Inc CL A | | None | L | T | Buy | 04/02/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 189. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 190. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 191.  - Veeva Sys Inc common | | None | K | T | Buy | 03/02/20 | J | | |
| 192. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 193. | | | | | Buy (add'l) | 11/23/20 | J | | |
| 194.  - Visa Inc CL A | A | Dividend | J | T | Buy | 03/06/20 | J | | |
| 195.  - Walt Disney Co common | | None | J | T | Buy | 03/02/20 | J | | |
| 196. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 197.  - Zoom Video Communications Inc CL A | | None | J | T | Buy | 12/29/20 | J | | |
| 198. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Toro, Emin | 4/22/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 2 -- The name and investment objectives of the Vanguard Prime Money Mkt Fund were changed by Vanguard.  The form reflects the fund's new name.

Lines 65 to 69  -- The positions reflected in these lines were established through acquisitions that do not meet the reporting threshhold.

Lines 74, 75, and 78 -- The positions reflected in these lines were established through acquisitions that do not meet the reporting threshhold.

Lines 116, 118, 120, 122, 124, and 126 -- The account statements for the assets listed on these lines do not provide a breakout of the income earned for these assets; therefore, I have left Column B blank intentionally.

Lines 128 and 129 -- The account statements for the assets listed on these lines do not provide a breakout of the income earned for these assets; therefore, I have left Column B blank intentionally.

Line 137 -- IRA #3 was established with funds rolled over from the Covington Pension Plan listed in Part II.

Lines 159, 163, and 164 -- The positions reflected in these lines were established through acquisitions that do not meet the reporting threshhold.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emin Toro**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544